**Susan E. Gustad**
*Attorney*

612.376.1644

sgustad@bassford.com



BASSFORD REMELE
*A Professional Association*
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

612.333.3000
612.333.8829 *fax*
www.bassford.com

November 24, 2009

The Honorable Franklin L. Noel
U.S. Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

      RE:    Samuel N. Edeh v. Midland Credit Management, Inc.
                Court File No. 09-CV-1706 (PJS/FLN)
                Our File No. 4750-18

Dear Judge Noel:

We are counsel for Midland Credit Management, Inc. in the above-captioned matter and write regarding Plaintiff's submission of November 23, 2009, in which he seeks to remove what he deems to be "confidential medical information" from the public record.  He claims that the medical authorizations created by counsel for Defendant (which were filed as part of Exhibit C to the Affidavit of Susan Gustad on November 16, 2009) contain confidential medical information because they identify his healthcare providers.

This morning, as a courtesy to Plaintiff, we contacted the ECF Helpdesk for instructions regarding how to withdraw the exhibits from the record.  The ECF clerk reviewed the exhibit and informed us that Exhibit C did not contain any confidential information and thus a motion would be required to effect the removal of the exhibit.  Plaintiff has in effect brought such a motion through his submission of November 23, 2009.  MCM does not oppose Plaintiff's request to remove the medical authorizations from Exhibit C.  However, MCM does not agree that removal is required and in no way endorses the arguments set forth in Plaintiff's submission.  It agrees that the pages may be removed as a courtesy to Plaintiff, nothing more.

                            Very truly yours,

                            s/ Susan E. Gustad

                            Michael A. Klutho
                            Susan E. Gustad
                            for
            **BASSFORD REMELE, A Professional Association**

SEG:rk

cc      Samuel N. Edeh