# AFFIDAVIT OF IFEANYI J. ELECHI

To Whom It May Concern:

I, Ifeanyi J. Elechi, resident of 6518 Midra Dr. Lanham MD 20706 and the primary account holder of Sprint Cellular Telephone Account # ▓▓▓5560 (hereafter "the Account"), hereby affirm that I added Samuel N. Edeh as Secondary Account Holder under the Account on the 18th day of January 2007. Mr. Edeh was assigned the cellular telephone number ▓▓▓-6769 under the account. Mr. Edeh remained under the account until February 24, 2009.

I further certify that Mr. Edeh was responsible for all charges incurred under cellular telephone number ▓▓▓-6769 from 1/18/2007 until 2/24/2009.

I hereby declare that the foregoing is true and correct.

_____
Ifeanyi J. Elechi

Subscribed and sworn to before me this the 30th day of October, 2009.

_____
Notary Public
My commission expires: 02-29-2012