## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Samuel N. Edeh,                                            Civil File No. 09-CV-1706 (PJS/FLN)

    Plaintiff *pro se*,

v.                                                         **DEFENDANT'S MOTION FOR**
                                                        **SUMMARY JUDGMENT**

Midland Credit Management, Inc.,

    Defendant.

Defendant Midland Credit Management, Inc. ("MCM") hereby moves the Court for its Order granting summary judgment in favor of Defendant MCM pursuant to Rule 56 of the Federal Rules of Civil Procedure.  This motion is based on a Memorandum of Law, Affidavit and exhibits, and all records and proceedings herein.

                                                  **BASSFORD REMELE**
                                                  *A Professional Association*

Dated: <u>January 15, 2010</u>        By <u>s Susan E. Gustad</u>
                                           Michael A. Klutho (License #186302)
                                           Susan E. Gustad (License #0268008)
                                       Attorneys for Defendant
                                       33 South Sixth Street, Suite 3800
                                       Minneapolis, Minnesota  55402-3707
                                       Telephone:   (612) 333-3000
                                       Facsimile:     (612) 333-8829
                                       mklutho@bassford.com; sgustad@bassford.com

881113