**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**  
**PATRICK J. SCHILTZ**  
**DISTRICT JUDGE**

United States Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415  
(612) 664-5480

October 1, 2010

Samuel N. Edeh  
718 W. Center St. Apt. 6  
Rochester, MN 55902

      Re:    Edeh v. Midland Credit Management, Inc.  
            Case No. 09-CV-1706 (PJS/FLN)

Dear Mr. Edeh:

      Your request for permission to file a motion for reconsideration of my September 29, 2010 order [Docket No. 110] is denied.

                                    Sincerely,

                                    s/Patrick J. Schiltz  
                                    Patrick J. Schiltz  
                                    United States District Judge

cc:     Michael A. Klutho  
          Susan E. Gustad